UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED

FEB - 6 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| AVION C. KINCADE, | ) 4:20CR084 RLW/DDN |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about May 18, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**AVION C. KINCADE,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted previously in a court of law of one or more misdemeanor crimes of domestic violence, did knowingly and intentionally possess a firearm which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(9).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney